**Opinion issued December 21, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00920-CV

————————————

## IN RE JOHN TOMASZEWSKI AND HEATHER BRYAN, Relators

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators John Tomaszewski and Heather Bryan have filed a petition for writ of mandamus requesting that our Court (1) require the trial court to defer payment of $45,254.50 in monetary sanctions rendered against relators until rendition of a final judgment and (2) vacate the trial court's oral ruling requiring production of

financial information and setting a hearing on relators' pending motion to defer the

sanctions payments.[1] We deny the petition.

**PER CURIAM**

Panel consists of Justices Goodman, Countiss, and Farris.

---

[1] The underlying case is *John Tomaszewski and Heather Bryan v. K. Hovnanian of Houston II, L.L.C. d/b/a Brighton Homes, and Airtron, Inc.*, cause number 2020-12139, pending in the 333rd District Court of Harris County, Texas, the Honorable Brittanye Morris presiding.